UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Case Number: 13-20295-CR-MARTINEZ/GOODMAN

UNITED STATES OF AMERICA,

    *Plaintiff,*

vs.

FRANCISCO DOMINGO LOPEZ VALENCIA,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATIONS ON COUNSEL'S CJA VOUCHER REQUEST FOR ATTORNEY'S FEES

**THIS CAUSE** came before the Court upon the Report and Recommendations on Counsel's CJA Voucher Request for Attorney's Fees regarding Criminal Justice Act Voucher 13C 0000011 issued by United States Magistrate Judge Jonathan Goodman, on October 21, 2016 [ECF No. 227]. Magistrate Judge Goodman, recommends that this Court, grant the CJA Voucher 13C 0000011 and that Edward J. O'Donnell, IV, Esq. be paid a total sum of **$16,132.95** as fair and final compensation for his work on this case during the period covered by this voucher request. The parties were afforded the opportunity to file objections to the Report and Recommendations, however none were filed.

Accordingly, the Court has considered the Report and Recommendations, the pertinent parts of the record, for the reasons stated in the Report of the Magistrate Judge, and upon independent review of the file and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that United States Magistrate Judge Jonathan Goodman's Report and Recommendations [ECF No. 227], is hereby **ADOPTED and AFFIRMED.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this \_3\_ day of November, 2016.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Goodman
Edward J. O'Donnell, IV, Esq
CJA Administrator